966

No. 99–376. SINGLETON v. CECIL ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–377. SMITH, PERSONALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. CITY OF FORT LAUDERDALE. C. A. 11th Cir. Certiorari denied.

No. 99–378. TUCKER, MOTHER OF BRANNING, DECEASED, ET AL. v. RELIANCE NATIONAL INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 99–379. SULLIVAN v. NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 11th Cir. Certiorari denied.

No. 99–384. ROBERT BOGETTI & SONS ET AL. v. BANK OF AMERICA, N. T. & S. A. C. A. 9th Cir. Certiorari denied.

No. 99–386. LUHR BROS., INC. v. HANKS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 99–389. HIRSCHFELD v. ARPAIO, SHERIFF, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–392. SHANER ET AL. v. BROWN ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–393. TURNER ET AL. v. POULLARD. C. A. 5th Cir. Certiorari denied.

No. 99–396. CONSTANT v. RAY, TRUSTEE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–402. FREIGHT, CONSTRUCTION, GENERAL DRIVERS, WAREHOUSEMEN & HELPERS LOCAL 287 ET AL. v. BROOKE ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–404. WRIGHT v. OREGON STATE BOARD OF PAROLE. C. A. 9th Cir. Certiorari denied.

No. 99–410. CUNEO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.